BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA KNIGHT ) | Case No. 19-cv-00541-AC |
| ) | |
| Plaintiff, ) | ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |
| v. ) | |
| COMMISSIONER OF SSA ) | |
| Defendant. ) | |

**~~PROPOSED~~ ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to September 27, 2019, with all other deadlines adjusted accordingly.

DATED: September 4, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1