BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5470
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LINDA KNIGHT                )   Case No. 19-cv-00541-AC
                            )
                            )
            Plaintiff,      )   ~~PROPOSED~~ ORDER EXTENDING
                            )   PLAINTIFF'S TIME TO FILE
v.                          )   SUMMARY JUDGEMENT MOTION
                            )
COMMISSIONER OF SSA         )
                            )
            Defendant.      )
                            )

**~~PROPOSED~~ ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to October 18, 2019, with all other deadlines adjusted accordingly.

DATED: September 30, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1