UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA KNIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  2:19-cv-00541 AC<br><br><br>RECUSAL ORDER |

    Upon examination of the above-captioned action, the undersigned judge disqualifies herself.  Good cause appearing, IT IS HEREBY ORDERED that the undersigned recuses herself from the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of Court reassign this case to another judge for all further proceedings and that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

DATED: August 20, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE