BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517
besshelena@earthlink.net
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LINDA KNIGHT** ) | No. 2:19-cv-00541 DB |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **STIPULATION AND ORDER APPROVING** |
| **COMMISSIONER OF SSA,** ) | **SETTLEMENT OF ATTORNEY FEES** |
| ) | **PURSUANT TO THE** |
| ) | **EQUAL ACCESS TO** |
| **Defendant.** ) | **JUSTICE ACT** |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND SIX HUNDRED FORTY FOUR DOLLARS AND THIRTY SEVEN CENTS (**$5,644.37**). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d). After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*,130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.

1   Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury
2   determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of
3   fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed
4   by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

5   This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
6   fees and expenses, and does not constitute an admission of liability on the part of Defendant under
7   the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
8   and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and
9   expenses in connection with this action.

10  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
11  attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: November 3, 2020                  */s/Bess M. Brewer*
                                         BESS M. BREWER
                                         Attorney at Law
                                         Attorney for Plaintiff

Dated: November 3, 2020                  McGregor W. Scott
                                         Acting United States Attorney

                                         /s/ Marcelo Llarmo
                                         MARCELO LLARMO
                                         Special Assistant United States Attorney

                                         Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: November 9, 2020        /S/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE